UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA ALEXANDRIA, on behalf of herself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>                    -against-<br><br>WINMARK CORPORATION,<br><br>                              Defendant. | 23-CV-4866 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect, notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: June 29, 2023
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge