

**Mars Khaimov Law, PLLC**

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

x: 929.333.7774

mail: mars@khaimovlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___8/18/2023_____
```

<u>VIA ECF</u>

Magistrate Judge Stewart D. Aaron
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

August 18, 2023

Re:     *1:23-cv-04866-JGLC-SDA Alexandria v. Winmark Corporation Order*

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Magistrate Aaron,

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for August 24h, 2023, at 11:00am. Counsel will be traveling with limited access to phone and internet. Plaintiff requests a 30 day adjournment and proposes to reschedule the conference for September 26th, 2023, or a date convenient to the Court. Please note that defendant will be unavailable on September 25th. This is the first time relief is being requested and Defendant consents.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: Brooke Robbins, Esq.

Application GRANTED. Initial Pretrial
Conference adjourned  to October
10, 2023 at 12 p.m..  SO ORDERED.

Hon. Stewart D. Aaron
U.S. Magistrate Judge

Dated: August 18, 2023.