UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERIKA ALEXANDRIA**, on behalf of herself and others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>**WINMARK CORPORATION**,<br><br>                    Defendant. | Civil Action No. 1:23-cv-04866 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

## PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Erika Alexandria and Defendant Winmark Corporation hereby stipulate to dismissal of this action, with prejudice. Each party shall bear their own costs and attorneys' fees.

| | |
|---|---|
| Dated: March 13, 2024 | Dated: March 13, 2024 |
| MARS KHAIMOV LAW, PLLC | LATHROP GPM LLP |
| _(signature)_ | _(signature)_ |
| Mars Khaimov | Brooke F. Robbins (MN Bar # 0401904)<br>*Admitted Pro Hac Vice* |
| 100 Duffy Ave., Suite 510<br>Hicksville, NY 11801<br>Telephone: (929) 324-0717<br>Facsimile: (929) 333-7774<br>mars@khaimovlaw.com | 80 South Eighth Street<br>3100 IDS Center<br>Minneapolis, MN 55402<br>Telephone: (612) 632-3000<br>Facsimile: (612) 632-4000<br>brooke.robbins@lathropgpm.com |
| *Attorney for Plaintiff* | *Attorney for Winmark Corporation* |

63343490v1